# EXHIBIT B



**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

August 25, 2017

Bevevino, Ross
12 Sentinel Drive
Basking Ridge, NJ 07920

| | |
|---|---|
| Invoice #: | 74903 |
| Client #: | 4753 |
| Matter #: | 0002 |
| Billing Attorney: | MMD |

## INVOICE SUMMARY

For professional services rendered and disbursements advanced through July 31, 2017:

**RE: Chapter 11**

| | |
|---|---|
| Professional Services | $ 66,047.50 |
| Total Disbursements Advanced | $ 2,235.01 |
| **TOTAL THIS INVOICE** | **$ 68,282.51** |
| Less Payments Applied | $ -3,500.00[1] |
| **BALANCE DUE THIS INVOICE** | **$ 64,782.51** |

---

[1] **Chapter 13 flat fee applied.**

Invoice #:  74903                                                                                               August 25, 2017

## PROFESSIONAL SERVICES RENDERED

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 9/07/16 | Review dates and deadlines in chapter 13 case and calendar same. | .10 | 40.00 | MMD |
| 9/08/16 | Compile and e-file Notice of Appearance for M. Dudas. | .20 | 42.00 | MMM |
| 9/08/16 | Draft notice for appearance for M. Dudas | .20 | 40.00 | CLD |
| 9/09/16 | Review valuation for Florida property; update petition. | .10 | 40.00 | MMD |
| 9/13/16 | Telephone call with client regarding status of information. | .10 | 40.00 | MMD |
| 9/14/16 | Review file regarding documents needed to be produced to chapter 13 trustee in support of filing. | .30 | 120.00 | MMD |
| 9/14/16 | Meet with R. Bevevino regarding missing documents. | .80 | 320.00 | MMD |
| 9/14/16 | Telephone call to United Recovery regarding bankruptcy filing. | .10 | 40.00 | MMD |
| 9/15/16 | Review CMA for primary residence. | .10 | 40.00 | MMD |
| 9/16/16 | Draft amendments to petition and schedules; draft plan; forward to client. | 1.10 | 440.00 | MMD |
| 9/19/16 | Telephone call with client regarding final bankruptcy information. | .40 | 160.00 | MMD |
| 9/20/16 | Telephone call with client to finalize petition. | .40 | 160.00 | MMD |
| 9/20/16 | Organize and e-file missing schedules and Debtor's Chapter 13 Plan. | .50 | 100.00 | LD |
| 10/04/16 | Coordinate upload of documents to Chapter 13 Trustee in advance of 341(a) meeting. | 1.40 | 560.00 | MMD |
| 10/05/16 | Review letter from D. Cohen to FINRA regarding intent to dismiss bankruptcy. | .10 | 40.00 | MMD |
| 10/06/16 | Redact bank statements; upload documents to Trustee's website for 341(a) meeting. | .40 | 80.00 | LD |
| 10/07/16 | Telephone calls with client regarding Morgan Stanley threat to file motion to dismiss; coordinate submission of information to Trustee. | .50 | 200.00 | MMD |
| 10/07/16 | Upload additional documents required by Trustee to website. | .20 | 40.00 | LD |
| 10/11/16 | Begin review and analysis of motion to dismiss filed by Morgan Stanley. | .70 | 280.00 | MMD |
| 10/12/16 | Telephone call with R. Bevevino regarding motion to dismiss bankruptcy. | .40 | 160.00 | MMD |
| 10/13/16 | Reviewed Morgan Stanley's motion to dismiss | .30 | 168.00 | JJD |
| 10/17/16 | Review various e-mails regarding New York state taxes. | .10 | 40.00 | MMD |

Invoice #: 74903                  August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 10/18/16 | Review background information relating to motion to dismiss; confer with F. Barbosa; review bad faith standard and issues regarding debt limits. | 1.30 | 520.00 | MMD |
| 10/18/16 | Prepare documents for 341(a) meeting. | .30 | 60.00 | LD |
| 10/19/16 | Prepare file for 341(a) meeting; review file. | .80 | 320.00 | MMD |
| 10/20/16 | Telephone call with client to prepare for 341(a) meeting. | .40 | 160.00 | MMD |
| 10/20/16 | Travel to and from Trenton. | 2.60 | 1,040.00 | MMD |
| 10/20/16 | Meet with client regarding 341(a) meeting at A. Russo's office. | .30 | 120.00 | MMD |
| 10/21/16 | Telephone call with client regarding information needed for Trustee and motion to dismiss. | .10 | 40.00 | MMD |
| 10/21/16 | Draft affidavit of contribution for father. | .30 | 120.00 | MMD |
| 10/24/16 | Continue review of research regarding nature of disputed debt. | 1.20 | 480.00 | MMD |
| 10/24/16 | Research and analyze case law re: Chapter 13 eligibility for disputed debts and related bad faith filing analysis | 3.60 | 810.00 | FBJ |
| 10/25/16 | Begin review of information from FINRA proceeding. | 1.80 | 720.00 | MMD |
| 10/25/16 | Telephone call with client regarding background for motion to dismiss. | .30 | 120.00 | MMD |
| 10/25/16 | Begin drafting certification in opposition to motion to dismiss. | .80 | 320.00 | MMD |
| 10/26/16 | Review FINRA documents; revise client's certification in opposition to motion to dismiss; confer with F. Barbosa regarding legal research. | 2.40 | 960.00 | MMD |
| 10/26/16 | Research and analyze case law re: filing for bankruptcy on eve of FINRA proceeding or arbitration hearing | 2.10 | 472.50 | FBJ |
| 10/26/16 | Review and revise reply brief in further support of petition for certification | 1.10 | 247.50 | FBJ |
| 10/26/16 | Review and analyze motion to dismiss chapter 13 filing for bad faith | 1.20 | 270.00 | FBJ |
| 10/26/16 | Draft memorandum of law in opposition to motion to dismiss chapter 13 petition | 3.80 | 855.00 | FBJ |
| 10/27/16 | Revise certification in opposition to motion to dismiss and forward to client. | 2.10 | 840.00 | MMD |
| 10/28/16 | Review file with J. DiPasquale and F. Barbosa regarding motion to dismiss; analyze case law. | 1.20 | 480.00 | MMD |
| 10/30/16 | Litigation(not Avoidance Action): reviewed Morgan Stanley Motion to Dismiss Case. | .50 | 255.00 | HMK |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #: 74903  
August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 10/30/16 | Litigation(not Avoidance Action): legal research re section 109(e); chapter 13 debtor eligibility; liquidated debt limit; etc. | .90 | 459.00 | HMK |
| 10/31/16 | Litigation(not Avoidance Action): legal research re section 109(e); chapter 13 debtor eligibility; liquidated debt limit; etc. | 2.40 | 1,224.00 | HMK |
| 10/31/16 | Litigation(not Avoidance Action): legal research re liquidated debt limit under section 109(e) in New Jersey/3d Cir. | 1.60 | 816.00 | HMK |
| 10/31/16 | Litigation(not Avoidance Action): legal research re liquidated debt limit under section 109(e) - nationwide. | 2.90 | 1,479.00 | HMK |
| 10/31/16 | Calls with client regarding certification in opposition to motion to dismiss. | 2.10 | 840.00 | MMD |
| 10/31/16 | Coordinate upload of contribution affidavit; coordinate adjournment request for 341(a) meeting. | .20 | 80.00 | MMD |
| 10/31/16 | Revise certification and brief in opposition to motion to dismiss. | 2.80 | 1,120.00 | MMD |
| 10/31/16 | Telephone call with M. Dudas re: motion to dismiss chapter 13 petition | .40 | 90.00 | FBJ |
| 10/31/16 | Upload to Affidavit of Contribution and 341a adjournment request to 13 documents. Internal emails regarding same. | .30 | 63.00 | MMM |
| 11/01/16 | Litigation(not Avoidance Action): legal research re section 109(e); contractual claims as "unliquidated debts"; etc. | 2.60 | 1,326.00 | HMK |
| 11/01/16 | Litigation(not Avoidance Action): drafted legal argument re section 109(e) liquidated debt requirement in opposition to Morgan Stanley Motion to Dismiss case. | 1.40 | 714.00 | HMK |
| 11/01/16 | Conduct additional case law research regarding forgivable loan; revise, finalize and electronically file opposition to motion to dismiss. | 2.20 | 880.00 | MMD |
| 11/01/16 | Coordinate adjournment request issues. | .20 | 80.00 | MMD |
| 11/01/16 | Review and revise brief in opposition to motion to dismiss chapter 13 case | 1.90 | 427.50 | FBJ |
| 11/01/16 | Review docket for notices of appearance; review creditor list and matrix; draft and serve letter to all parties regarding notice of continued 341(a) meeting. | .50 | 100.00 | LD |
| 11/02/16 | Telephone call with client regarding payment to secured creditors. | .10 | 40.00 | MMD |
| 11/03/16 | Telephone call with counsel to Morgan Stanley regarding motion to dismiss. | .10 | 40.00 | MMD |
| 11/04/16 | Pull copies of all cases cited by both parties in their briefs re: motion to dismiss Chapter 13 filing | .80 | 180.00 | FBJ |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #: 74903                                                                                                                    August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 11/04/16 | Draft and e-file certification of service of notice of adjourned 341(a) meeting. | .30 | 60.00 | LD |
| 11/07/16 | Telephone call with client regarding hearing on motion to dismiss. | .30 | 120.00 | MMD |
| 11/07/16 | Begin review of file to prepare for motion to dismiss. | .60 | 240.00 | MMD |
| 11/07/16 | Review and analyze Morgan Stanley Reply Brief and cases cited therein | .80 | 180.00 | FBJ |
| 11/07/16 | Email to M. Dudas re: substance of Morgan Stanley reply brief | .10 | 22.50 | FBJ |
| 11/07/16 | Prepare and e-file amendment to Schedule B. | .40 | 80.00 | LD |
| 11/08/16 | Continue preparation for hearing on motion to dismiss. | 1.40 | 560.00 | MMD |
| 11/08/16 | Travel to and from Bankruptcy Court in Trenton. | 2.60 | 1,040.00 | MMD |
| 11/08/16 | Attend hearing on motion to dismiss. | 2.00 | 800.00 | MMD |
| 11/08/16 | Legal research relating to reply brief filed by Morgan Stanley in Response to Debtor's opposition to motion to dismiss. | .90 | 225.00 | JAB |
| 11/09/16 | Review correspondence from R. Bevevino re: meeting and next steps | .10 | 56.00 | JJD |
| 11/10/16 | Prepare and re-file summary of assets and liabilities in accordance with court's instructions per filing of amendment to Schedule B. | .30 | 60.00 | LD |
| 11/15/16 | Coordinate adjournment of confirmation hearing and related issues. | .20 | 80.00 | MMD |
| 11/18/16 | Further coordinate adjournment of confirmation hearing; draft e-mail to counsel to Wells Fargo regarding consent to adjournment. | .20 | 80.00 | MMD |
| 11/18/16 | Telephone call from Trustee's office regarding adjournment request for confirmation hearing; e-mail to M. Dudas regarding same; upload revised request to Trustee's website. | .20 | 40.00 | LD |
| 11/22/16 | Meeting with client and M. Dudas re: settlement options with client and next steps | .70 | 392.00 | JJD |
| 11/22/16 | Meet with client regarding conversion and settlement possibilities with Morgan Stanley. | .70 | 280.00 | MMD |
| 11/22/16 | Conduct legal research regarding absolute priority and forgiveness of debt income. | 1.10 | 440.00 | MMD |
| 11/29/16 | Draft settlement proposal to counsel to Morgan Stanley regarding resolution of bankruptcy proceeding. | .40 | 160.00 | MMD |
| 11/30/16 | Finalize and forward settlement offer to Morgan Stanley. | .10 | 40.00 | MMD |
| 12/01/16 | Telephone call with client regarding status of Morgan Stanley discussions. | .10 | 40.00 | MMD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #: 74903                                                                                  August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 12/02/16 | Begin legal research regarding motion to convert. | 1.10 | 440.00 | MMD |
| 12/06/16 | Telephone call to G. Berger regarding position non settlement offer and timing for response. | .10 | 40.00 | MMD |
| 12/06/16 | Conduct legal research regarding procedure for converting case and absolute priority issues. | .70 | 280.00 | MMD |
| 12/07/16 | Draft e-mail to court regarding procedural issue for conversion. | .10 | 40.00 | MMD |
| 12/07/16 | Telephone call to Trustee's office regarding status of adjournment of 341(a) meeting. | .10 | 20.00 | LD |
| 12/08/16 | Reviewed draft order converting case to chapter 11 | .20 | 112.00 | JJD |
| 12/08/16 | Telephone call with Berger regarding refusal to settle. | .10 | 40.00 | MMD |
| 12/08/16 | Draft proposed order converting case to chapter 11. | .40 | 160.00 | MMD |
| 12/08/16 | Telephone call with R. Bevevino regarding proceeding with chapter 11 filing. | .20 | 80.00 | MMD |
| 12/08/16 | Continue legal research regarding chapter 11 confirmation issues, including absolute priority issues. | 1.80 | 720.00 | MMD |
| 12/09/16 | Submit order converting case to chapter 11 to chambers. | .10 | 40.00 | MMD |
| 12/12/16 | Discuss conversion issues with J. DiPasquale and client. | .10 | 40.00 | MMD |
| 12/13/16 | Review e-mail from client regarding amendments. | .10 | 40.00 | MMD |
| 12/15/16 | Review order converting case, updates and deadlines; forward same to client with information relating to U.S. Trustee requirements; review and revise letter serving order converting case. | .40 | 160.00 | MMD |
| 12/15/16 | Review e-mail from B. Teich regarding request for background. | .30 | 120.00 | MMD |
| 12/15/16 | Review docket, notices of appearance and schedules and update service list. | .20 | 40.00 | LD |
| 12/15/16 | Draft letter to service list and serve order converting case to chapter 11. | .40 | 80.00 | LD |
| 12/15/16 | Review returned mail addressed to NYC Department of Finance; research address; prepare and e-file change of address form. | .30 | 60.00 | LD |
| 12/19/16 | Coordinate updated insurance naming Office of U.S. Trustee as certificate holder. | .10 | 40.00 | MMD |
| 12/20/16 | Forward updated certificate of insurance to Office of U.S. Trustee. | .10 | 40.00 | MMD |
| 12/21/16 | Review conversion order; prepare list of 20 largest unsecured creditors. | .20 | 40.00 | LD |
| 12/22/16 | Call with R. Bevevino regarding conversion issues. | .40 | 160.00 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 12/22/16 | Review information for initial debtor interview; forward to client; calendar dates. | .20 | 80.00 | MMD |
| 12/22/16 | Telephone call with D. Kropiewnicki regarding initial debtor interview. | .10 | 40.00 | MMD |
| 12/23/16 | Telephone call with client regarding chapter 11 requirements. | .10 | 40.00 | MMD |
| 12/23/16 | Send e-mail to client with draft of list of 20 largest unsecured creditors, for review. | .10 | 20.00 | LD |
| 12/27/16 | Various calls with client regarding DIP bank account opening. | .30 | 120.00 | MMD |
| 12/27/16 | Telephone call with Bankruptcy Court regarding adjustment of filing fee. | .20 | 42.00 | MMM |
| 12/28/16 | Address DIP bank account information. | .20 | 80.00 | MMD |
| 12/28/16 | Compile and e-file top 20 list of unsecured creditors. | .20 | 42.00 | MMM |
| 12/29/16 | Telephone call with client regarding DIP account. | .20 | 80.00 | MMD |
| 12/30/16 | Confirm proof of opening of DIP account; provide information to US Trustee. | .10 | 40.00 | MMD |
| 1/06/17 | Coordinate service of tax returns for DIP account. | .10 | 40.50 | MMD |
| 1/06/17 | Send e-mail to D. Kropiewnicki forwarding Debtor's tax returns for initial debtor interview. | .10 | 20.00 | LD |
| 1/11/17 | Telephone call with R. Bevevino regarding preparation for additional debtor interview. | .30 | 121.50 | MMD |
| 1/11/17 | Prepare file for initial debtor interview. | .50 | 202.50 | MMD |
| 1/12/17 | Participate in telephonic initial debtor interview. | 1.00 | 405.00 | MMD |
| 1/12/17 | Forward additional information to US Trustee. | .20 | 81.00 | MMD |
| 1/17/17 | Review, compile and redact bank statements; forward to U.S. Trustee. | .40 | 162.00 | MMD |
| 1/18/17 | Call with client to prepare for 341(a) meeting. | .70 | 283.50 | MMD |
| 1/18/17 | Prepare file for 341(a) meeting. | .80 | 324.00 | MMD |
| 1/19/17 | Travel to and from Trenton Bankruptcy Court. | 2.60 | 1,053.00 | MMD |
| 1/19/17 | Attend 341(a) meeting of creditors. | 1.20 | 486.00 | MMD |
| 1/23/17 | Provide proof of closure of pre-petition bank accounts to Office of U.S. Trustee. | .10 | 40.50 | MMD |
| 1/23/17 | Review and coordinate filing of December 2016 monthly operating report. | .20 | 81.00 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 1/23/17 | E-file monthly operating report for December 2016. | .10 | 20.00 | LD |
| 1/26/17 | Draft application to retain Trenk, DiPasquale as counsel. | .40 | 162.00 | MMD |
| 1/27/17 | Forward information to U.S. Trustee; finalize retention application for filing; review e-mail from client regarding strategy; respond. | .20 | 81.00 | MMD |
| 1/27/17 | E-file and serve application to employ Trenk, DiPasquale; draft letter and serve same. | .50 | 100.00 | LD |
| 1/30/17 | Draft and e-file certification of service for TD retention pleadings. | .30 | 60.00 | LD |
| 2/01/17 | Meet with R. Bevevino to discuss plan strategy going forward. | .60 | 243.00 | MMD |
| 2/01/17 | Begin drafting disclosure statement. | 1.70 | 688.50 | MMD |
| 2/03/17 | Review and revise draft liquidation analysis | .30 | 169.50 | JJD |
| 2/03/17 | Review and analyze issues relating to liquidation analysis; discuss with J. DiPasquale. | .40 | 162.00 | MMD |
| 2/07/17 | Draft letter and serve Trenk, DiPasquale's retention order. | .40 | 80.00 | LD |
| 2/14/17 | Review analysis prepared by client in connection with Disclosure Statement. | .10 | 40.50 | MMD |
| 2/21/17 | Review and redact January 2017 monthly operating report. | .20 | 81.00 | MMD |
| 2/21/17 | Review information from client regarding confirmation issues. | .10 | 40.50 | MMD |
| 2/22/17 | Continued review of file to address and outline plan issues; begin drafting background. | 1.60 | 648.00 | MMD |
| 3/02/17 | Continue drafting Plan and Disclosure Statement; further analysis regarding absolute priority rule. | 3.40 | 1,377.00 | MMD |
| 3/09/17 | Continue drafting Plan and Disclosure Statement. | 4.20 | 1,701.00 | MMD |
| 3/09/17 | Updated file material. | .10 | 19.50 | GA |
| 3/10/17 | Revise Plan and Disclosure Statement. | 1.10 | 445.50 | MMD |
| 3/13/17 | Research and analyze case law and rules re: supplemental chapter 13 attorney fee applications | 2.40 | 552.00 | FBJ |
| 3/13/17 | Email to M. Dudas re: supplemental chapter 13 fee application research | .20 | 46.00 | FBJ |
| 3/16/17 | Meet with R. Bevevino to finalize plan and disclosure statement issues; revise plan based on meeting. | .90 | 364.50 | MMD |
| 3/16/17 | Review and revise February 2017 monthly operating report. | .30 | 121.50 | MMD |
| 3/16/17 | Draft application to retain Olsen & Thompson as accountants for Debtor. | .40 | 162.00 | MMD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #: 74903           August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 3/17/17 | Review e-mail from U.S. Trustee regarding amendment to budget; revise; forward to client; call regarding same; prepare file for May 18, 2017 Disclosure Statement hearing. | 2.40 | 972.00 | MMD |
| 3/19/17 | Review and revise plan and disclosure statement | 2.20 | 1,243.00 | JJD |
| 3/20/17 | E-file February 2017 monthly operating report. | .10 | 20.00 | LD |
| 3/21/17 | Revise disclosure statement and plan. | .80 | 324.00 | MMD |
| 3/21/17 | Revise and forward Olsen retention application. | .20 | 81.00 | MMD |
| 3/23/17 | Updated file material. | .10 | 19.50 | GA |
| 3/25/17 | Review correspondence from R. Bevevino re: tax returns | .10 | 56.50 | JJD |
| 3/27/17 | Review proposed projections. | .10 | 40.50 | MMD |
| 3/28/17 | Review updated tax information and revise disclosure statement. | .30 | 121.50 | MMD |
| 4/06/17 | Meet with client regarding finalizing Plan and Disclosure Statement. | 1.00 | 405.00 | MMD |
| 4/06/17 | Revise and finalize Plan and Disclosure Statement; review projections. | .60 | 243.00 | MMD |
| 4/07/17 | Finalize and file Plan and Disclosure Statement; call with client regarding same. | .40 | 162.00 | MMD |
| 4/10/17 | Review entered order setting hearing date for disclosure statement; coordinate service list; calendar dates and deadlines. | .20 | 81.00 | MMD |
| 4/11/17 | Review and revise letter serving Plan and Disclosure Statement. | .10 | 40.50 | MMD |
| 4/11/17 | Draft letter and serve order and notice on disclosure statement on all interested parties. | 1.00 | 200.00 | LD |
| 4/13/17 | Draft and e-file certification of service of order and notice on disclosure statement. | .40 | 80.00 | LD |
| 4/18/17 | Telephone call with B. Teich, Office of U.S. Trustee, regarding potential objections to Plan and Disclosure Statement. | .20 | 81.00 | MMD |
| 4/19/17 | Draft e-mail to client regarding need to file March monthly operating report. | .10 | 40.50 | MMD |
| 4/19/17 | Outline issues raised by Office of United States Trustee for confirmation. | .30 | 121.50 | MMD |
| 4/20/17 | Telephone call from P. Hatley (IRS) regarding treatment under plan. | .10 | 40.50 | MMD |
| 4/20/17 | Telephone call with client regarding confirmation and related issues. | .10 | 40.50 | MMD |
| 4/24/17 | Revise and redact March 2017 monthly operating report. | .30 | 121.50 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 4/28/17 | Prepare for Disclosure Statement and confirmation issues; conduct updated research regarding absolute priority and issues relating to classes. | 1.40 | 567.00 | MMD |
| 5/01/17 | Follow-up call with IRS regarding treatment under plan. | .10 | 40.50 | MMD |
| 5/02/17 | Telephone call with P. Hatley (IRS) regarding treatment under plan. | .10 | 40.50 | MMD |
| 5/03/17 | Review Morgan Stanley's objection to disclosure statement | .30 | 169.50 | JJD |
| 5/03/17 | Telephone calls with B. Teich regarding comments for Disclosure Statement and Plan. | .20 | 81.00 | MMD |
| 5/03/17 | Review and analyze objection by Morgan Stanley to Disclosure Statement; begin research for response. | 1.20 | 486.00 | MMD |
| 5/04/17 | Telephone call with client regarding confirmation issues. | .20 | 81.00 | MMD |
| 5/04/17 | Forward objection to Disclosure Statement to client; outline responses regarding expenses and other issues. | .60 | 243.00 | MMD |
| 5/12/17 | Draft order approving Disclosure Statement; draft first amendment to Plan and Disclosure Statement. | .80 | 324.00 | MMD |
| 5/14/17 | Review and analyze disclosure statement and Morgan Stanley objection to disclosure statement in preparation of drafting response | 2.10 | 514.50 | RSR |
| 5/15/17 | Review and revise response to objection to disclosure statement | 2.10 | 514.50 | RSR |
| 5/16/17 | Review and revise reply to Morgan Stanley's objection to disclosure statement | .30 | 169.50 | JJD |
| 5/16/17 | Revise and analyze reply to objection to Disclosure Statement; revise proposed order approving Disclosure Statement; revise first amendment; finalize all documents. | 1.90 | 769.50 | MMD |
| 5/17/17 | Review e-mail from U.S. Trustee's office regarding amendment to budget; revise; forward to client; telephone call regarding same; begin preparing for May 18 Disclosure Statement hearing. | 2.40 | 972.00 | MMD |
| 5/18/17 | Travel from West Orange to Trenton. | 1.50 | 607.50 | MMD |
| 5/18/17 | Attend hearing on adequacy of Disclosure Statement; discuss with J. DiPasquale; revise Disclosure Statement and Plan; forward to client for review; review and analyze Cadaci case cited by Judge Kaplan. | 2.20 | 891.00 | MMD |
| 5/19/17 | Telephone call with client; revise Plan and Disclosure Statement documents; coordinate filing of modified Plan and Disclosure Statement. | .30 | 121.50 | MMD |
| 5/19/17 | E-file modified Plan and modified Disclosure Statement. | .30 | 60.00 | LD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  74903                                                              August 25, 2017

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 5/23/17 | Review and redact April 2017 monthly operating report. | .20 | 81.00 | MMD |
| 5/23/17 | E-file April 2017 monthly operating report. | .10 | 20.00 | LD |
| 5/25/17 | Review and redact federal and state tax returns. | .40 | 162.00 | MMD |
| 5/25/17 | Review e-mail from State of New York regarding statutory interest rate. | .10 | 40.50 | MMD |
| 5/30/17 | Draft e-mail to chambers regarding status of order approving Disclosure Statement. | .10 | 40.50 | MMD |
| 6/08/17 | Draft ballots in connection with service of Plan. | .40 | 162.00 | MMD |
| 6/08/17 | Telephone call to Judge Kaplan's chambers regarding status of entry of order approving Disclosure Statement. | .10 | 20.00 | LD |
| 6/12/17 | Review order approving Disclosure Statement; calendar dates and deadlines. | .10 | 40.50 | MMD |
| 6/14/17 | Review and revise service list for Plan and Disclosure Statement. | .40 | 162.00 | MMD |
| 6/14/17 | Draft letter to all interested parties and serve Disclosure Statement and Plan solicitation materials. | 1.50 | 300.00 | LD |
| 6/14/17 | Review letter from A. Russo enclosing refund from Chapter 13 case; draft letter to R. Bevevino forwarding check. | .20 | 40.00 | LD |
| 6/15/17 | Prepare and e-file certification of service of Disclosure Statement and Plan solicitation materials. | .30 | 60.00 | LD |
| 6/19/17 | Review e-mail from State of New York; Forward to P. Olsen. | .10 | 40.50 | MMD |
| 6/20/17 | Review and redact May 2017 Monthly Operating Report. | .20 | 81.00 | MMD |
| 6/20/17 | Draft e-mail to State of New York re: Interest charged for priority claim; Review response of P. Olsen. | .10 | 40.50 | MMD |
| 6/20/17 | E-file monthly operating report for May 2017. | .10 | 20.00 | LD |
| 6/29/17 | Call with M. Dingerdissen (Phelan, Hallinan) regarding confirmation. | .20 | 81.00 | MMD |
| 6/30/17 | Draft e-mail to counsel to Wells; provide client with status regarding same. | .40 | 162.00 | MMD |
| 7/06/17 | Review ballot submitted by Wells Fargo Bank; forward to client. | .10 | 40.50 | MMD |
| 7/07/17 | Telephone call with G. Berger regarding confirmation issues; confer with J. DiPasquale; draft e-mail to client regarding same. | .60 | 243.00 | MMD |
| 7/10/17 | Review and analyze Objection filed by United States Trustee. | .40 | 162.00 | MMD |
| 7/11/17 | US Trustee's objection to confirmation of Plan. | .30 | 169.50 | JJD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 7/11/17 | Confer with J. DiPasquale and client re: confirmation issues; review Ballot submitted by American Express; forward to client. | .80 | 324.00 | MMD |
| 7/12/17 | Conference call with M. Dudas, J. DiPasquale re: Plan Confirmation Hearings, issues, settlement discussions. | .70 | 430.50 | RDT |
| 7/12/17 | Team call re: confirmation issues | .50 | 282.50 | JJD |
| 7/12/17 | Review file with R. Trenk and J. DiPasquale re: confirmation issues. | .70 | 283.50 | MMD |
| 7/13/17 | Calls with G. Berger re: confirmation issues; confer with J. DiPasquale and R. Trenk; e-mail to client regarding same. | .70 | 283.50 | MMD |
| 7/17/17 | Telephone call with client regarding revised terms for unsecured class and confirmation issues. | .20 | 81.00 | MMD |
| 7/18/17 | Telephone call with M. Dudas re: settlement discussions and offer with Morgan Stanley | .30 | 169.50 | JJD |
| 7/18/17 | Telephone call with client regarding revised terms for unsecured class and confirmation issues. | .40 | 162.00 | MMD |
| 7/18/17 | Calls with G. Berger regarding unsecured class treatment. | .50 | 202.50 | MMD |
| 7/19/17 | Telephone call with M. Dudas re: Morgan Stanley settlement agreement | .30 | 169.50 | JJD |
| 7/19/17 | Call with G. Berger regarding agreement to accept 20% distribution; call with client regarding same; confer with J. DiPasquale. | .60 | 243.00 | MMD |
| 7/20/17 | Address confirmation issues and settlement with Morgan Stanley regarding treatment of unsecureds. | .60 | 243.00 | MMD |
| 7/21/17 | Review and revise first amendment to plan | .50 | 282.50 | JJD |
| 7/21/17 | Drat first amendment to plan; forward to client; send e-mails to counsel for Morgan Stanley; address final confirmation issues; perform research to address U.S. Trustee's objections. | 2.40 | 972.00 | MMD |
| 7/24/17 | Review and revise certification in support of confirmation and certification in reply to UST's objection | .70 | 395.50 | JJD |
| 7/24/17 | Review, redact and file June Monthly Operating Report. | .30 | 121.50 | MMD |
| 7/24/17 | Draft Certification of Balloting; Draft Certification in support of confirmation; Call with client; Continue to conduct legal research re: Feasibility issues; Draft Reply to Objection of United States Trustee; Prepare file for confirmation hearing. | 4.80 | 1,944.00 | MMD |
| 7/25/17 | Draft outline of confirmation testimony; Compile exhibits; Call with client and US Trustee; Finalize and file reply to US Trustee objection; Final review of file. | 4.10 | 1,660.50 | MMD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 7/26/17 | Draft Confirmation Order; Review confirmation issues. | 1.30 | 526.50 | MMD |
| 7/26/17 | Travel to and from and attend confirmation hearing; Review outcome with J. DiPasquale. | 4.10 | 1,660.50 | MMD |
| 7/27/17 | Review and revise proposed confirmation order | .30 | 169.50 | JJD |
| 7/27/17 | Finalize and forward Order Confirming Plan to Office of United States Trustee. | .30 | 121.50 | MMD |
| 7/31/17 | Draft E-mail to client re: Post-confirmation actions to be taken; Draft distribution schedule for unsecured claims. | 1.20 | 486.00 | MMD |
| 7/31/17 | Review US Trustee comments to Order confirming Plan; Redline; Discuss with J. DiPasquale. | .30 | 121.50 | MMD |

**TOTAL PROFESSIONAL SERVICES**  **173.00 HRS**  **$ 66,047.50**